446 A.2d 677

Commonwealth v. Bush, Appellant.

Submitted January 18, 1982. Jimmie Moore, for appellant; Ann Carol Lebowitz, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Judgment of sentence of March 10, 1981 is affirmed.

446 A.2d 677

Commonwealth v. Clemens, Appellant.

Submitted April 21, 1981. Thomas Moribondo, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order affirmed.